# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RUSSELL R. WORKMAN,** | ) | |
| | ) | 8:11CV101 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **IRONWORKERS INTERMOUNTAIN HEALTH & WELFARE TRUST FUND,** | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*. On March 25, 2011, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 5. The parties' deadline for filing the report was April 15, 2011. However, no planning report has been filed. Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before the close of business on May 5, 2011, or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f).

DATED this 28th day of April, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge