IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUSSELL R. WORKMAN,<br><br>          Plaintiff,<br><br>    v.<br><br>IRONWORKERS INTERMOUNTAIN<br>HEALTH & WELFARE TRUST FUND,<br><br>          Defendant. | 8:11CV101<br><br>ORDER OF DISMISSAL |

This matter is before the court on the plaintiff's motion to dismiss, Filing No. 28. The court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The plaintiff's motion to dismiss (Filing No. 28) is granted;

2. This action is dismissed, without prejudice, each party to bear its own costs.

DATED this 13th day of February, 2012.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Judge